David A. Randall (SBN 156722)
dave@orbitip.com
**ORBIT IP, LLP**
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Michael Machat, Esq. (SBN109475)
michael@machatlaw.com
**MACHAT & ASSOCIATES, P.C.**
8730 W. Sunset Blvd., Suite 250
West Hollywood, California 90069
Telephone: (310) 860-1833

*Attorneys for Plaintiff*
*Vampire Family Brands, LLC*

Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
Ellen S. Kim (SBN 329348)
ekim@umbergzipser.com
**UMBERG ZIPSER LLP**
1920 Main Street, Suite 750
Irvine, CA  92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

*Attorneys for Defendants Treasury Wine Estates Limited, Treasury Wine Estates Americas Company, and Treasury Wine Estates Holdings, Inc*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TREASURY WINE ESTATES LIMITED, TREASURY WINE ESTATES AMERICAS COMPANY, TREASURY WINE ESTATES HOLDINGS, INC, and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No.:  2:23-cv-07119-KK-AGR<br><br>Assigned for all purposes to the Honorable Kenly Kiya Kato<br><br>**NOTICE OF SETTLEMENT AND STATUS REPORT IN RESPONSE TO ORDER GRANTING STIPULATION FOR EXTENSION OF TIME (DKT. 40)** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that the parties have reached a settlement of this entire lawsuit.  The parties expect that Plaintiff will be filing a request for dismissal within 60 days of the mediation that took place on March 22, 2024.  The parties, thus, request that the Court stay all deadlines in this case for 60 days.

This Notice of Settlement shall also serve as the Parties' Status Report in Response to the Court's February 2, 2024, Order (Dkt. 40).

Dated:  March 25, 2024              UMBERG ZIPSER LLP

                                    BY: _____
                                        Mark A. Finkelstein

                                    Attorneys for Defendants
                                    Treasury Wine Estates Limited,
                                    Treasury Wine Estates Americas
                                    Company, and Treasury Wine Estates
                                    Holdings, Inc

Dated: March 25, 2024               ORBIT IP, LLP

                                    By: /s/ David A. Randall
                                        David A. Randall

                                    MACHAT & ASSOCIATES
                                    Michael Machat, Esq.

                                    Attorneys for Plaintiff
                                    Vampire Family Brands, LLC

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatory representing Plaintiff to file the above-referenced document, and that the above signatory concurs in the filing's content.

_____

Mark A. Finkelstein