1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC, | Case No.:  2:23-cv-07119-KK-AGR |
| Plaintiff, | Assigned for all purposes to the Honorable Kenly Kiya Kato |
| v. | |
| TREASURY WINE ESTATES LIMITED, TREASURY WINE ESTATES AMERICAS COMPANY, TREASURY WINE ESTATES HOLDINGS, INC, and DOES 1 through 10 inclusive, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

The Court, having considered the parties' Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action.  Each party shall bear its own costs and attorneys' fees.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: _____, 2024

April 15

_____
Hon. Kenly Kiya Kato
United States District Judge